September 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER LEE WATSON, Appellant

NO. 14-14-00553-CR

NO. 14-14-00554-CR

V.

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the records of the court below. The record indicates that the appeals should be **DISMISSED**. The Court orders the appeals **DISMISSED** in accordance with its opinion and this decision be certified below for observance.